UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

MARY ROEDER,

    Plaintiff,

    -against-

IMRAN FAISAL, MD, personally, and
MARY IMMACULATE HOSPITAL

    Defendants.

------------------------------------------------------X

NOT FOR PUBLICATION

MEMORANDUM & ORDER

07-CV-2004 (CBA)
07-CV-5413 (CBA)
S143

Amon, United States District Judge:

In a letter to the Court dated April 20, 2010, counsel for defendant Mary Immaculate Hospital (the "Hospital") advised the Court that the Hospital, a former hospital of Saint Vincents Catholic Medical Centers ("SVCMC"), was liquidated as a part of SVCMC's prior bankruptcy, and, even though the Hospital was sold, claims predating its sale continued to constitute liabilities to SVCMC. In addition, on April 14, 2010, SVCMC and some of its affiliates filed bankruptcy petitions under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York under Case No. 10-11963.

At a telephone conference held on May 4, 2010, the parties agreed that the litigation before this Court should be stayed pending the resolution of the bankruptcy proceedings. Counsel for the plaintiff also notified the Court that defendant Imran Faisal had never been served with the complaint and conceded that the complaint should be dismissed as to defendant Faisal.

Accordingly, the Clerk of the Court is directed to administratively close the two related cases referenced above, subject to their being reopened and restored on the Court's calendar

pending the conclusion of the bankruptcy proceedings and upon application to the Court or on the Court's own motion. The complaint is dismissed as to Imran Faisal. The Clerk of the Court is also ordered to close the case against defendant Faisal.

SO ORDERED.

Dated: Brooklyn, New York
May 6, 2010

s/Hon. Carol B. Amon
Carol Bagley Amon
United States District Judge